IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALL POINTS CAPITAL CORP., )
    Plaintiff, )
)
v. ) Civil Action No. 1:10cv260
)
D.L.T. DIRECT, INC., )
DAVID L. TAYLOR, )
    Defendants. )

## JUDGMENT ORDER

Upon consideration of the July 8, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby ORDERED that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the July 8, 2010 Report and Recommendation.

Accordingly, it is hereby ORDERED that judgment is ENTERED by default in favor of plaintiff and against defendant D.L.T. Direct, Inc. in the amount of $474,069.40, plus interest, costs and attorney's fees as set forth in the July 8, 2010 Report and Recommendation.

The Clerk is DIRECTED to enter judgment in accordance with this Order pursuant to Rule 58, Fed. R. Civ. P.

The Clerk is further DIRECTED to send a certified copy of this Judgment Order to defendants and to all counsel of record.

Alexandria, VA
July 26, 2010

T. S. Ellis, III
United States District Judge